# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    ROBERT C. STOLTZFUS, JR. | : | Chapter 13 |
|    aka ROBERT C. STOLTZFUS | : | |
|    SAMANTHA. J. STOLTZFUS | : | Bankruptcy No. 20-14758 PMM |
| | : | |
|    Debtors | : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 8th day of June, 2023, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated May 24, 2023 of the filing of the Debtors' Motion for Sale of Real Estate Free and Clear of Liens and for Distribution of Proceeds.

Dated:  June 8, 2023

                                             s/   David S. Gellert
                                             David S. Gellert, Esquire
                                             David S. Gellert, P.C.
                                             3506 Perkiomen Avenue
                                             Reading, PA 19606
                                             (610) 779-8000
                                             Fax: (610) 370-1393
                                             dsgrdg@ptdprolog.net