**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robert C. Stoltzfus, Jr aka Robert C. Stoltzfus | CHAPTER 13 |
| Samantha J. Stoltzfus | BKY. NO. 20-14758 PMM |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ *Michael Farrington*
                              Michael Farrington
                              08 Jun 2023, 12:10:06, EDT

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322