*Form 216* (3/23)–doc 56 – 52

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Robert C. Stoltzfus Jr. ) | Case No. 20–14758–pmm |
|   aka Robert C. Stoltzfus ) | |
| ) | |
|   Samantha J. Stoltzfus ) | Chapter: 13 |
| ) | |
|   Debtor(s). ) | |

## Notice Requiring Fee

A review of the court record indicates that the following outstanding fee is due to the bankruptcy court relating to the filing of the document noted:

Notice of Fee Due $188 Re: Motion to Sell filed by Debtor Robert C. Stoltzfus, Joint Debtor Samantha J. Stoltzfus (related document(s)52). Fee due by 6/16/2023. (Roman, Sara)

Please login into CM/ECF (https://ecf.paeb.uscourts.gov) and pay these fees by clicking on the Utilities Menu and selecting the "Internet Payment Due" option. If you are having technical difficulties in processing your payment, please contact the court at 215–408–2800.

If the payment is not processed on or before June 16, 2023, this matter will be referred to the Court.

Date: June 9, 2023

For The Court

Timothy B. McGrath
Clerk of Court