UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
   ROBERT C. STOLTZFUS, JR. : Chapter 13
   aka ROBERT C. STOLTZFUS :
   SAMANTHA. J. STOLTZFUS : Bankruptcy No. 20-14758 PMM
    :
   Debtors :

### ORDER TO SELL REAL ESTATE FREE AND CLEAR
### OF LIENS AND TO DISTRIBUTE PROCEEDS

Upon consideration of the Debtors' Motion for Order to Sell Real Estate Free and Clear of Liens and for Distribution of Proceeds, it is hereby

**ORDERED** that the Debtors, Robert C. Stoltzfus, Jr., and Samantha J. Stoltzfus, shall sell free and clear of liens Real Estate located at 433 Cassidy Cassidy Court, Blandon, Berks County, Pennsylvania, to Amanda Nicole Richardson at private sale for the sum of Two Hundred Ninety Thousand ($290,000.00) Dollars. It is further

**ORDERED** that Pam Pfennig of Berkshire Hathaway Homesale shall be authorized to act as realtor for the Debtors, and it shall be permitted to retain as commission six (6%) percent of the gross sales price and a fee of $295.00.  It is further

**ORDERED** that at settlement after the payment of all liens, realtor's commission, real estate taxes, transfer tax and customary and reasonable settlement costs, the balance of the proceeds of sale shall be paid as follows:

   A.    The sum of $33,750.00 as their homestead exemption pursuant to 11 U.S.C. § 522(d)(1) shall be paid to the Debtors pursuant to the Debtors' Schedule C of their bankruptcy schedules.

   B.    The sum of $4,452.00 shall be paid to Scott F. Waterman, Trustee, to complete the payments required under the Debtors' confirmed Second Amended Chapter 13 Plan.

   C. Any remaining proceeds of sale thereafter shall be paid to the Debtors.

It is further

**ORDERED** that Nationstar Mortgage LLC, the holder of the Mortgage on the Debtors' Real Estate, shall be paid in full subject to a proper and accurate payoff at the time of sale. The lien of the Mortgage will remain on the Real Estate unless paid in full or if Nationstar Mortgage LLC otherwise agrees to accept a lower amount. It is further

**ORDERED** that the Debtors shall provide the Chapter 13 Trustee with a copy of the Settlement Sheet within ten (10) days of closing.

              BY THE COURT:

**June 20, 2023**             _____
                    Patricia M. Mayer
                    United States Bankruptcy Judge