United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                 Case No. 20-14758-pmm

Robert C. Stoltzfus, Jr.                                               Chapter 13

Samantha J. Stoltzfus

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                Page 1 of 2

Date Rcvd: Jun 20, 2023                       Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db/jdb | + Robert C. Stoltzfus, Jr., Samantha J. Stoltzfus, 433 Cassidy Court, Blandon, PA 19510-9762 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2023                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| CHRISTOPHER A. DENARDO | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com |
| DAVID S. GELLERT | on behalf of Debtor Robert C. Stoltzfus  Jr. dsgrdg@ptdprolog.net |
| DAVID S. GELLERT | on behalf of Joint Debtor Samantha J. Stoltzfus dsgrdg@ptdprolog.net |
| KRISTEN D. LITTLE | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER kdlittleecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ldoyle@logs.com cistewart@logs.com;LOGSECF@logs.com |
| MICHAEL PATRICK FARRINGTON | |

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mfarrington@kmllawgroup.com

REGINA COHEN
          on behalf of Creditor Ally Bank rcohen@lavin-law.com  mmalone@lavin-law.com

SCOTT F. WATERMAN [Chapter 13]
          ECFMail@ReadingCh13.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                    :
    ROBERT C. STOLTZFUS, JR.      :          Chapter 13
    aka ROBERT C. STOLTZFUS       :
    SAMANTHA. J. STOLTZFUS        :          Bankruptcy No. 20-14758 PMM
                            :
          Debtors               :

## ORDER TO SELL REAL ESTATE FREE AND CLEAR
## OF LIENS AND TO DISTRIBUTE PROCEEDS

Upon consideration of the Debtors' Motion for Order to Sell Real Estate Free and Clear of Liens and for Distribution of Proceeds, it is hereby

**ORDERED** that the Debtors, Robert C. Stoltzfus, Jr., and Samantha J. Stoltzfus, shall sell free and clear of liens Real Estate located at 433 Cassidy Cassidy Court, Blandon, Berks County, Pennsylvania, to Amanda Nicole Richardson at private sale for the sum of Two Hundred Ninety Thousand ($290,000.00) Dollars. It is further

**ORDERED** that Pam Pfennig of Berkshire Hathaway Homesale shall be authorized to act as realtor for the Debtors, and it shall be permitted to retain as commission six (6%) percent of the gross sales price and a fee of $295.00.  It is further

**ORDERED** that at settlement after the payment of all liens, realtor's commission, real estate taxes, transfer tax and customary and reasonable settlement costs, the balance of the proceeds of sale shall be paid as follows:

A.    The sum of $33,750.00 as their homestead exemption pursuant to 11 U.S.C. § 522(d)(1) shall be paid to the Debtors pursuant to the Debtors' Schedule C of their bankruptcy schedules.

B.    The sum of $4,452.00 shall be paid to Scott F. Waterman, Trustee, to complete the payments required under the Debtors' confirmed Second Amended Chapter 13 Plan.

C.    Any remaining proceeds of sale thereafter shall be paid to the Debtors.

It is further

**ORDERED** that Nationstar Mortgage LLC, the holder of the Mortgage on the Debtors'
Real Estate, shall be paid in full subject to a proper and accurate payoff at the time of sale.  The
lien of the Mortgage will remain on the Real Estate unless paid in full or if Nationstar Mortgage
LLC otherwise agrees to accept a lower amount.  It is further

**ORDERED** that the Debtors shall provide the Chapter 13 Trustee with a copy of the
Settlement Sheet within ten (10) days of closing.

BY THE COURT:

**June 20, 2023**

_____
Patricia M. Mayer
United States Bankruptcy Judge