# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
   ROBERT C. STOLTZFUS, JR. : Chapter 13
   aka ROBERT C. STOLTZFUS :
   SAMANTHA. J. STOLTZFUS : Bankruptcy No. 20-14758 PMM
    :
   Debtors :

## ORDER APPROVING MOTION TO MODIFY PLAN

**AND NOW,** upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 plan (doc. #49, the "Motion");

It is hereby **ORDERED** that:

1) The Motion is **GRANTED**; and

2) The Modified Plan (Doc. #48) is **APPROVED**.

**Date:** 6/29/23

*Patricia M. Mayer*
**Patricia M. Mayer**
**United States Bankruptcy Judge**