United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-14758-pmm
Robert C. Stoltzfus, Jr.     Chapter 13
Samantha J. Stoltzfus
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Jun 29, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert C. Stoltzfus, Jr., Samantha J. Stoltzfus, 433 Cassidy Court, Blandon, PA 19510-9762 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 01, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:

**Name**     **Email Address**

CHRISTOPHER A. DENARDO
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com

DAVID S. GELLERT
    on behalf of Debtor Robert C. Stoltzfus  Jr. dsgrdg@ptdprolog.net

DAVID S. GELLERT
    on behalf of Joint Debtor Samantha J. Stoltzfus dsgrdg@ptdprolog.net

KRISTEN D. LITTLE
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER KRLITTLE@FIRSTAM.COM

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mfarrington@kmllawgroup.com

REGINA COHEN
    on behalf of Creditor Ally Bank rcohen@lavin-law.com  mmalone@lavin-law.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jun 29, 2023 | Form ID: pdf900 | Total Noticed: 1

SCOTT F. WATERMAN [Chapter 13]
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| ROBERT C. STOLTZFUS, JR. | : | Chapter 13 |
| aka ROBERT C. STOLTZFUS | : | |
| SAMANTHA. J. STOLTZFUS | : | Bankruptcy No. 20-14758 PMM |
| | : | |
| Debtors | : | |

### ORDER APPROVING MOTION TO MODIFY PLAN

**AND NOW,** upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 plan (doc. #49, the "Motion");

It is hereby **ORDERED** that:

1) The Motion is **GRANTED**; and

2) The Modified Plan (Doc. #48) is **APPROVED**.

**Date:** 6/29/23

_Patricia M. Mayer_
**Patricia M. Mayer**
**United States Bankruptcy Judge**