Certificate Number: 05781-PAE-DE-037564183

Bankruptcy Case Number: 20-14758



05781-PAE-DE-037564183

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 5, 2023, at 11:46 o'clock AM PDT, Samantha Stoltzfus completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 5, 2023

By: /s/Allison M Geving

Name: Allison M Geving

Title: President