Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-14758-PMM**

Robert C. Stoltzfus, Jr.  
Samantha J. Stoltzfus  
8 SLENDER PLACE  
PALM COAST  FL   32164

Petition Filed Date: 12/16/2020  
341 Hearing Date: 01/19/2021  
Confirmation Date: 06/10/2021

Case Status: Completed on 7/18/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $636.00 | | 10/17/2022 | $1,272.00 | | 11/14/2022 | $320.00 | |
| 11/28/2022 | $320.00 | | 12/12/2022 | $320.00 | | 12/27/2022 | $320.00 | |
| 01/09/2023 | $320.00 | | 01/23/2023 | $320.00 | | 02/21/2023 | $320.00 | |
| 04/03/2023 | $636.00 | | 04/14/2023 | $320.00 | | 04/28/2023 | $320.00 | |
| 05/12/2023 | $320.00 | | 05/26/2023 | $320.00 | | 06/09/2023 | $320.00 | |
| 07/18/2023 | $4,452.00 | 403653    R/E | | | | | | |

**Total Receipts for the Period: $10,836.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $21,764.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ALLY FINANCIAL »» 01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ALLY FINANCIAL »» 01U | Unsecured Creditors | $12,063.09 | $390.28 | $11,672.81 |
| 3 | MIDLAND CREDIT MANAGEMENT INC »» 002 | Unsecured Creditors | $602.08 | $19.48 | $582.60 |
| 4 | MIDLAND CREDIT MANAGEMENT INC »» 003 | Unsecured Creditors | $714.27 | $23.11 | $691.16 |
| 5 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $658.15 | $21.29 | $636.86 |
| 6 | CAPITAL ONE BANK (USA) NA »» 005 | Unsecured Creditors | $438.66 | $14.19 | $424.47 |
| 7 | MET-ED FIRST ENERGY COMPANY »» 006 | Unsecured Creditors | $3,045.50 | $98.53 | $2,946.97 |
| 8 | NATIONSTAR MORTGAGE LLC »» 007 | Mortgage Arrears | $11,030.52 | $11,030.52 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $479.40 | $15.51 | $463.89 |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $4,275.80 | $4,275.80 | $0.00 |

Chapter 13 Case No. 20-14758-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,764.00 | Current Monthly Payment: | $636.00 |
| Paid to Claims: | $15,888.71 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,823.97 | Total Plan Base: | $21,124.00 |
| Funds on Hand: | $4,051.32 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.