United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Robert C. Stoltzfus, Jr.  
Samantha J. Stoltzfus  
    Debtors

Case No. 20-14758-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2023 | Form ID: 138OBJ | Total Noticed: 36 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Robert C. Stoltzfus, Jr., 8 slender Place, Palm Coast, FL 32164-3505 |
| jdb | + | Samantha J. Stoltzfus, 8 Slender Place, Palm Coast, FL 32164-3505 |
| 14569516 | + | Action Adam Services LLC, 121 Hill Dr., Hamburg, PA 19526-8955 |
| 14580264 | + | Ally Bank, c/o Regina Cohen Esq., 190 North Independence Mall West, Suite 500 6th and Race Streets, Philadelphia PA 19106-1554 |
| 14569532 | + | Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Dr., Ste. 150, King of Prussia, PA 19406-4702 |
| 14572377 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Christopher A. DeNardo, Esq., 3600 Horizon Drive, Suite 150, King of Prussia PA 19406-4702 |
| 14788801 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O Michael Farrington, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14569537 | | Reading Hospital/Tower Health, P. O. Box 16051, Reading, PA 19612-6051 |
| 14569538 | + | Spring Water Financial, P. O. Box 153, Santa Rosa, CA 95402-0153 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 21 2023 23:52:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 21 2023 23:53:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14569518 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 21 2023 23:52:00 | Americredit Financial Services Inc., dba GM Financial, P. O. Box 183853, Arlington, TX 76096 |
| 14569517 | | Email/Text: ally@ebn.phinsolutions.com | Aug 21 2023 23:52:00 | Ally Bank, P. O. Box 130424, Roseville, MN 55113-0004 |
| 14615547 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 21 2023 23:56:46 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14569519 | + | Email/Text: rperez@arcadiarecovery.com | Aug 21 2023 23:53:00 | Arcadia Recovery Bureau, 645 Penn St., Reading, PA 19601-3559 |
| 14569520 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 21 2023 23:52:00 | Caine & Weiner, 5805 Sepulveda Blvd., Fourth Fl., Sherman Oaks, CA 91411-2546 |
| 14569521 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2023 23:56:10 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14569522 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 21 2023 23:56:10 | Capital One Bank (USA) NA, American Infosource LP, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14569523 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 22 2023 00:09:28 | Capital One Bank (USA) NA, American InfoSource, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14573868 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 22 2023 00:09:25 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14569525 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 21 2023 23:56:10 | Credit One Bank, 6801 S. Cimarron Rd., Las Vegas, NV 89113-2273 |
| 14569524 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 21 2023 23:55:46 | Credit One Bank, P. O. Box 98872, Las Vegas, NV 89193-8872 |
| 14569526 | + | Email/Text: dsgrdg@ptdprolog.net | Aug 21 2023 23:52:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Ave., Reading, PA 19606-2711 |
| 14569527 | | Email/Text: bankruptcydepartment@tsico.com | Aug 21 2023 23:53:00 | EOS CCA, P. O. Box 981002, Boston, MA 02298-1002 |
| 14569528 | + | Email/Text: BKRMailOps@weltman.com | Aug 21 2023 23:53:00 | First Energy Service Co., c/o Weltman Weinberg & Reis Co., LPA, 323 Lakeside Ave., Ste. 200, Cleveland, OH 44113-1009 |
| 14569529 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 21 2023 23:56:47 | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 14569531 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 21 2023 23:53:00 | Jefferson Capital Systems LLC, P. O. Box 7999, Saint Cloud, MN 56302-9617 |
| 14569533 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 21 2023 23:52:00 | Met-Ed, 101 Crafword's Corner Rd., Bldg. #1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 14578216 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 21 2023 23:52:00 | Metropolitan Edison Company, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14573292 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2023 23:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14569534 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2023 23:53:00 | Midland Credit Mgmt Inc., P. O. Box 301030, Los Angeles, CA 90030-1030 |
| 14569535 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2023 23:53:00 | Midland Credit Mgmt Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14569536 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 21 2023 23:52:00 | Nationstar Mortgage LLC, dba Mr. Cooper, P. O. Box 619096, Dallas, TX 75261-9741 |
| 14581838 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 21 2023 23:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14569539 | + | Email/Text: External.Collections@phoenix.edu | Aug 21 2023 23:53:00 | University of Phoenix, 4025 S. Riverpoint Pkwy., Apollo Group, Phoenix, AZ 85040-0723 |
| 14569540 | + | Email/Text: rmcbknotices@wm.com | Aug 21 2023 23:53:00 | Waste Management PA, 197 Swamp Creek Rd., Gilbertsville, PA 19525-9276 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14569530 | * | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2023 | Form ID: 138OBJ | Total Noticed: 36 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2023   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2023 at the address(es) listed below:**

**Name**  **Email Address**

CHRISTOPHER A. DENARDO
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com

DAVID S. GELLERT
    on behalf of Debtor Robert C. Stoltzfus Jr. dsgrdg@ptdprolog.net

DAVID S. GELLERT
    on behalf of Joint Debtor Samantha J. Stoltzfus dsgrdg@ptdprolog.net

KRISTEN D. LITTLE
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER KRLITTLE@FIRSTAM.COM

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mfarrington@kmllawgroup.com

REGINA COHEN
    on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert C. Stoltzfus, Jr. and Samantha
J. Stoltzfus

        Debtor(s)                                      Case No: 20−14758−pmm

                                                Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/21/23

71 − 68
Form 138OBJ