United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-14758-pmm
Robert C. Stoltzfus, Jr.  Chapter 13
Samantha J. Stoltzfus
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 12, 2023 | Form ID: 138FIN | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Robert C. Stoltzfus, Jr., 8 slender Place, Palm Coast, FL 32164-3505 |
| jdb | + | Samantha J. Stoltzfus, 8 Slender Place, Palm Coast, FL 32164-3505 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Oct 13 2023 03:21:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 13 2023 03:21:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | |

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Oct 12, 2023 Form ID: 138FIN Total Noticed: 4

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com

DAVID S. GELLERT
    on behalf of Debtor Robert C. Stoltzfus Jr. dsgrdg@ptdprolog.net

DAVID S. GELLERT
    on behalf of Joint Debtor Samantha J. Stoltzfus dsgrdg@ptdprolog.net

KRISTEN D. LITTLE
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER KRLITTLE@FIRSTAM.COM

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mfarrington@kmllawgroup.com

REGINA COHEN
    on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Robert C. Stoltzfus, Jr. and Samantha J. Stoltzfus

    Debtor(s)

Case No: 20−14758−pmm

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/12/23

77 − 76
Form 138FIN